**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| NARIMAN ALSHWEIKI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:20-cv-01362-TWP-MG |
| | ) |
| CVS PHARMACY, | ) |
| | ) |
| Defendant. | ) |

## ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

*Pro se* Plaintiff, Nariman Alshweiki, and Defendant, CVS Pharmacy, parties to this action, have stipulated to the dismissal of all claims in this cause of action in its entirety, with prejudice, the parties to bear their own costs, including attorneys' fees. Consent to file the Stipulation of Dismissal was provided by Plaintiff on the record during the parties' November 9, 2022 status conference. (Dkt. 33.) However, Plaintiff has failed to sign the stipulation. Accordingly, the stipulation is converted into a Motion. The Motion, dkt. [32] is **GRANTED** and this matter is **DISMISSED with prejudice**.

**SO ORDERED.**

Date:   1/12/2023

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

DISTRIBUTION:

Nariman Alshweiki
14415 Brooks Lane
Fishers, Indiana   46040

Peter T. Tschanz
LITTLER MENDELSON, P.C.
ptschanz@littler.com